# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No.  1:10-cv-0386-LJO-MJS<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND ORDERING PLAINTIFF TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 14<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Gregory McClellan ("Plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court screened Plaintiff's Third Amended Complaint and issued findings and a recommendation ("F&Rs") that Plaintiff be permitted to proceed on one cognizable claim with the remainder be dismissed.  (ECF No. 14.)

Plaintiff filed objections to the F&Rs clarifying issues relating to his Third Amended Complaint.  (ECF No. 17.)  Specifically, the Third Amended Complaint suggested to the Court that all of Plaintiff's claims arose from his current incarceration. Based thereon, the Court found some of those claims barred by Heck v. Humphrey, 512

U.S. 477 (1994). In his objections, Plaintiff explains that half of his claims relate to an arrest on a parole violation and the remainder arise out of his current, unrelated, incarceration. The claims tied to his parole violation arrest do not appear to be barred by Heck.

Plaintiff should therefore be given a further opportunity to proceed on the claims arising out of the parole violation arrest. However, he cannot proceed on the Third Amended Complaint because it does not distinguish between the arrest claims and his current incarceration claims. Accordingly, the Court will vacate its F&Rs and permit Plaintiff to file a Fourth Amended Complaint omitting the claims growing out of his current incarceration.

The Court hereby ORDERS as follows:

1. The Findings and Recommendations issued on September 30, 2013 (ECF No. 14) are VACATED;

2. Plaintiff is to file an amended pleading within **thirty (30) days** of entry of this order; and

3. Failure to comply with this order will result in dismissal of Plaintiff's action for failure to obey a court order.

IT IS SO ORDERED.

Dated: February 17, 2014           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE