UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCCLELLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendant. | 1:10-cv-0386-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO EXTEND DISCOVERY DEADLINE**<br><br>**(ECF No. 77)** |

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2015, Plaintiff filed a motion for a sixty-day extension of the discovery deadline. (ECF No. 77.)

The current discovery deadline is October 13, 2015. (ECF No. 70). Plaintiff claims the extension is necessary because he must "coordinate discovery" with Defendants. He also hints that he plans to amend his complaint to include additional defendants.

The court will extend a deadline only upon a showing of good cause. Plaintiff has not shown good cause. He has not indicated why it will take six months to obtain discovery from Defendants or why he is seeking an extension to meet a situation that has yet to arise. If the Court authorizes an amendment to the Complaint, Plaintiff may

1

seek leave to extend deadlines if good cause is established..

    For the foregoing reasons, the Court DENIES Plaintiff's motion for an extension of time.

IT IS SO ORDERED.

Dated:   April 20, 2015                /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE