1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY MCCLELLAN,

          Plaintiff,

    v.

KERN COUNTY SHERIFF'S OFFICE, et al.,

          Defendant.

Case No. 1:10-cv-0386-LJO-MJS (PC)

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO AMEND THE PLEADINGS**

**(ECF No. 100)**

      Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The action proceeds on Plaintiff's excessive force claim against Defendants Lozano, Wood, and Perkins, all of whom have appeared in the action.  (ECF Nos. 23, 71, & 73.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 14, 2015, the Magistrate Judge issued findings and recommendations (ECF No. 100) to deny Plaintiff's motion to amend the pleadings to include a medical indifference claim. (ECF No. 88).  Plaintiff filed objections on July 29, 2015. (ECF No. 108.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds that the July 14, 2015 findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations (ECF No. 100), filed July 14, 2015, in full; and

2. Plaintiff's motion to amend the pleadings (ECF No. 88), filed June 8, 2015, is DENIED.

IT IS SO ORDERED.

Dated:   __August 13, 2015__                    ____/s/ Lawrence J. O'Neill__
                                                UNITED STATES DISTRICT JUDGE

3.

2