UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCCLELLAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00386-LJO-MJS (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN FOURTEEN DAYS**<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　　Plaintiff is a former state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 15, 2016, the Magistrate Judge assigned to this case issued an order denying Plaintiff leave to proceed in form pauperis ("IFP") on the ground that, at the time Plaintiff filed this action, he was a prisoner and had accrued three-strikes under 28 U.S.C. § 1915(g). (ECF No. 141.) Plaintiff appealed. (ECF No. 144.) On August 15, 2017, the Ninth Circuit Court of Appeals affirmed the Magistrate Judge's decision. (ECF No. 154.)

　　　　Accordingly, Plaintiff is DIRECTED to pay the filing fee in full within fourteen days

of service of this order. Failure to do so will result in the dismissal of his case.

IT IS SO ORDERED.

    Dated:   **September 9, 2017**          **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES CHIEF DISTRICT JUDGE