UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | CASE NO. 1:10-cv-00386-LJO-MJS (PC)<br><br>**ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE**<br><br>**(ECF No. 156, 158)**<br><br>**CLERK TO TERMINATE MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 15, 2016, the Magistrate Judge assigned to this case denied Plaintiff's request for leave to proceed in form pauperis. (ECF No. 141.) Plaintiff appealed. (ECF No. 144.) On August 15, 2017, the Ninth Circuit Court of Appeals affirmed the Magistrate Judge's decision. (ECF No. 154.) On September 11, 2017, the undersigned ordered Plaintiff to pay the filing fee in full within fourteen days. (ECF No. 156.) Plaintiff was warned that failure to comply would result in dismissal of the action. (Id.)

Plaintiff sought a sixty-day extension of time to pay the fee. (ECF No. 157.) The

Magistrate Judge denied the request but extended the deadline to October 3, 2017. (ECF No. 158.) The deadline passed and Plaintiff did not submit the filing fee. Instead, on September 29, 2017, Plaintiff filed a motion for the appointment of counsel. (ECF No. 159.) Therein, he asks, "What is the filing fee?"

The Court acknowledges that the most recent order requiring Plaintiff to pay the filing fee did not inform Plaintiff of the amount of the fee. (ECF No. 156) However, Plaintiff previously was informed that the filing fee in this action is $400. (ECF No. 141.) Furthermore, Plaintiff is not incarcerated. Information regarding the filing fee is publicly available. Plaintiff could have timely informed himself of the amount of the fee, and provides no reason he did not do so.

Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to Local Rule 110 for Plaintiff's failure to pay the filing fee. The Clerk is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated: **October 4, 2017**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE